IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD P. SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JERRY BROWN, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00238 AWI JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE THIS ACTION AND FOR FAILURE TO OBEY THE COURT'S ORDER<br><br>(Doc. 9) |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. By order signed February 29, 2012, the Court instructed Plaintiff that if he elected to file an amended complaint, he should do so within thirty days of the date of service of the order. (Doc. 4.) On March 28, 2012, Plaintiff filed a motion for an extension of time to file an amended complaint due to a pending transfer. (Doc. 8.) The Court granted Plaintiff's request on March 30, 2012 and allowed him an additional 30 days to file an amended complaint. Despite this, Plaintiff has failed to file his First Amended Complaint within the time ordered by the Court.

　　　　Accordingly, it is HEREBY ORDERED that within 14 days from the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to

prosecute or follow the Court's Order.  Alternatively, within 14 days, Plaintiff shall file his First Amended Complaint curing the deficiencies identified by the Court in its March 1, 2012 order. (Doc. 4).  **Plaintiff is firmly cautioned that failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **April 30, 2012**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE